IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA REID,

Plaintiff,

v.

DEACONESS ILLINOIS MEDICAL CENTER,

Defendant.

Case No. 25-189 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/17/2026**          **MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**